IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL S. UPTHEGROVE,

    Plaintiff,

v.                                                  Case No. 15-CV-0509

LESLEY BAIRD, KURT SCHWEBKE,
MARK ISAACSON, RONALD SWENSON,
JEREMIAH MILLARD and ISAAC HART,

    Defendants.

## NOTICE REGARDING PENDING SETTLEMENT RESOLUTION

    The parties have reached a settlement resolution and the terms of settlement are nearly completed. Defense counsel anticipates filing the dismissal documents this week.

    Dated this 21st of February, 2017.

                                      BRAD D. SCHIMEL
                                      Wisconsin Attorney General

                                      <u>s/ Brandon T. Flugaur</u>
                                      BRANDON T. FLUGAUR
                                      Assistant Attorney General
                                      State Bar #1074305

                                      MONICA BURKERT-BRIST
                                      Assistant Attorney General
                                      State Bar #1009882

        Attorneys for Lesley Baird, Kurt Schwebke, Mark Isaacson, Ronald Swenson, Jeremiah Millard and Isaac Hart

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1780 (Flugaur)
(608) 266-1795 (Burkert-Brist)
(608) 267-8906 (Fax)
flugaurbt@doj.state.wi.us
burkert-bristm@doj.state.wi.us